JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

THOMAS FU (SBN 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 So. Grand Avenue
Suite 2700
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

Attorneys for Defendant,
AUTOTRADER.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

REBEKA RODRIGUEZ,

Plaintiff,

v.

AUTOTRADER.COM, INC., a Delaware corporation, d/b/a WWW.AUTOTRADER.COM,

Defendant.

Case No. 2:24-cv-08735-RGK-JC

**AUTOTRADER.COM, INC's REQUEST FOR JUDICIAL NOTICE**

Hearing Date: December 16, 2024

Time: 9:00 a.m.

Dept: Courtroom 850

Judge: Hon. R. Gary Klausner

Under Federal Rule of Evidence 201, Defendant Autotrader.com, Inc. ("Autotrader"), by and through its counsel of record, hereby submits this Request for Judicial Notice in support of its Motion to Dismiss Plaintiff's First Amended Class Action Complaint. Autotrader requests that the Court take judicial notice of the following documents, true and correct copies of which are attached hereto, on the ground that their existence and contents "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

**Exhibit A: Notice of Ruling on Defendant Plivo Inc.'s (1) Demurrer and (2) Motion to Strike First Amended Complaint, filed in *Rodriguez v. Plivo Inc.*, Case No. 24STCV08972 (Cal. Super. Ct. Oct. 3, 2024).** This filing is judicially noticeable because it contains "undisputed matters of public record"—namely, "documents on file in … state court[ ]." *Harris v. Cnty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (internal citations omitted); Fed. R. Evid. 201(b)(2); *see also Neilson v. Union Bank of California, N.A.*, 290 F. Supp. 2d 1101, 1113 (C.D. Cal. 2003) (taking judicial notice of "[c]ourt orders and filings").

**Exhibit B: Autotrader's Privacy Statement, Effective Dec. 31, 2023, available at https://www.autotrader.com/legal/privacy-statement.** Autotrader's "privacy policies" are judicially noticeable "because they appear on publicly available websites and their authenticity cannot be reasonably questioned." *D'Angelo v. FCA US, LLC*, 2024 WL 1625771, at *4 (S.D. Cal. 2024); *see also Brown v. Google, LLC*, 525 F. Supp. 3d 1049, 1061 (N.D. Cal. 2021) (taking judicial notice of a website's privacy policy).

Autotrader respectfully submits that it has "supplied" the Court "with the necessary information" establishing that the foregoing documents "must" be subject to judicial notice. Fed. R. Evid. 201(c)(2).

Dated: November 18, 2024

JACOB M. HEATH
THOMAS K. FU
Orrick, Herrington & Sutcliffe LLP

By: */s/ Jacob M. Heath*
JACOB M. HEATH
Attorneys for Defendant
AUTOTRADER.COM, INC.